UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEON HAYGOOD,

    Plaintiff,

v.

GAVIN NEWSOM, et al.,

    Defendants.

No. 2: 20-cv-2346 KJN P

ORDER

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2021, plaintiff filed a notice stating that he opted to proceed with his original complaint as to defendants Lizarraga, Covello, Diaz, Toche and Gipson. (ECF No. 11.) In the notice, plaintiff stated that he consented to the dismissal of defendant Newsom without prejudice. (Id.)

On April 23, 2021, plaintiff filed a motion to dismiss defendant Newsom. (ECF No. 12.) Plaintiff is informed that defendant Newsom was dismissed from this action pursuant to the April 21, 2021 notice. For this reason, plaintiff's April 23, 2021 motion to dismiss defendant Newsom is denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 23, 2021 motion to dismiss defendant Newsom is denied as unnecessary;

2. The Clerk of the Court is directed to amend court records to reflect the dismissal of defendant Newsom pursuant to plaintiff's April 21, 2021 notice.

Dated: April 29, 2021

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hay2346.ord